DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137

ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8952
    Facsimile: (415) 744-0134
    E-Mail: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILHELMINA E. HOWARD,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-1211-GMN-GWF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Objections to the Report and Recommendation of the Magistrate Judge, due on **March 30, 2016**, by **28 days**, through and including **April 28, 2016**.

An extension of time is needed because counsel for Defendant is responsible for drafting various pleadings before the district courts within the Ninth Circuit, negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act, and conducting discovery and drafting substantive documents in personnel-related litigation pending before the Equal Employment Opportunity Commission.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on March 28, 2016.

Respectfully submitted this 28th day of March 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 28, 2016

**CERTIFICATE OF SERVICE**

I, **Asim H. Modi**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** on the date and via the method of service identified below:

**CM/ECF:**

Gerald M. Welt, Esq.
Gerald M. Welt, Chtd.
703 South 8th Street
Las Vegas, Nevada 89101
gmwesq@weltlaw.com


Marc V. Kalagian, Esq.
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, California 90802
marc.kalagian@rksslaw.com


Dated this 28th day of March 2016.

                                              //s// *Asim H, Modi*
                                              ASIM H. MODI
                                              Special Assistant United States Attorney