Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Wilhelmina E. Howard

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILHELMINA E. HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-01211-GMN-GWF<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE GEORGE FOLEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Wilhelmina E. Howard be awarded attorney fees in the amount of Three Thousand, One Hundred dollars ($3,100.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1    After the Court issues an order for EAJA fees to Wilhelmina E. Howard, the
2 government will consider the matter of Wilhelmina E. Howard's assignment of
3 EAJA fees to Marc V. Kalagian.  The retainer agreement containing the
4 assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521,
5 2529 (2010), the ability to honor the assignment will depend on whether the fees
6 are subject to any offset allowed under the United States Department of the
7 Treasury's Offset Program.  After the order for EAJA fees is entered, the
8 government will determine whether they are subject to any offset.
9    Fees shall be made payable to Wilhelmina E. Howard, but if the Department
10 of the Treasury determines that Wilhelmina E. Howard does not owe a federal
11 debt, then the government shall cause the payment of fees, expenses and costs to
12 be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the
13 assignment executed by Wilhelmina E. Howard.[1]  Any payments made shall be
14 delivered to Marc V. Kalagian.
15    This stipulation constitutes a compromise settlement of Wilhelmina E.
16 Howard's request for EAJA attorney fees, and does not constitute an admission of
17 liability on the part of Defendant under the EAJA or otherwise.  Payment of the
18 agreed amount shall constitute a complete release from, and bar to, any and all
19 claims that Wilhelmina E. Howard and/or Marc V. Kalagian including Law Offices
20 of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in
21 connection with this action.
22    This award is without prejudice to the rights of Marc V. Kalagian and/or the
23 Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

1  fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the
2  EAJA.
3  DATE: December 11, 2017        Respectfully submitted,
4                  LAW OFFICES OF ROHLFING & KALAGIAN, LLP
5                        /s/ *Marc V. Kalagian*
6        BY:_____
            Marc V. Kalagian
7              Attorney for plaintiff Wilhelmina E. Howard

8  DATED: December 11, 2017   STEVEN W. MYHRE
                               Acting United States Attorney
9
10                        /s/ *Asim Modi*
11        BY:_____
           ASIM MODI
12             Special Assistant United States Attorney
           Attorneys for Defendant NANCY A.
13             BERRYHILL, Acting Commissioner of Social
           Security (Per e-mail authorization)
14
15
16
17                            **ORDER**
18     Approved and so ordered:
19  DATE: December 13, 2017
20                  _____
21                  THE HONORABLE GEORGE FOLEY
                UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 211 E. Ocean Blvd., Ste. 420, Long Beach, CA 90802.

On this day of December 12, 2017, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Wilhelmina E. Howard
641 5th Street
Boulder City, NV 89005

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Marc V. Kalagian   /S/ *Marc V. Kalagian*
TYPE OR PRINT NAME   SIGNATURE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:14-CV-01211-GMN-GWF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 12, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Marc V. Kalagian*

_____

Marc V. Kalagian
Attorneys for Plaintiff